**Alex Melvin WADE, Jr., Petitioner–Appellant,**

v.

**Doug DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 04–20738.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided April 20, 2005.

Alex Melvin Wade, Jr., Houston, TX, pro se.

Ellen Stewart–Klein, Office of the Attorney General for the State of Texas, Austin, TX, for Respondent–Appellee.

Before JONES, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

Alex Melvin Wade, Jr., challenged his forgery conviction in a 28 U.S.C. § 2254 petition. He requests a certificate of appealability (COA) to appeal the denial of his FED.R.CIV.P. 60(b) motions, which alleged that Wade did not receive timely notice of the order dismissing his 28 U.S.C. § 2254 petition as untimely. A COA is not required in this appeal. *See Dunn v. Cockrell,* 302 F.3d 491, 492 (5th Cir.2002).

Wade contends that the district court's judgment is void pursuant to FED.R.CIV.P. 60(b)(4) because he did not receive timely notice of the entry of judgment. He has not shown error in the district court's denial of relief. *See Wilson v. Atwood Group,* 725 F.2d 255, 258 (5th Cir.1984)(en banc); *see also* FED. R.APP. P. 4(a)(6).

The district court's denial of Wade's FED.R.CIV.P. 60(b) motions is AFFIRMED. Wade's request for a COA is DENIED AS UNNECESSARY.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.